1046

[No. 42085-2-I.    Division One.    March 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. B.D.,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-06076-3, Deborah Fleck, J., entered January 26, 1998. *Dismissed* by unpublished per curiam opinion.

[No. 42152-2-I.    Division One.    March 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN UBALDO GONZALES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-02368-4, Bobbe J. Bridge, J., entered December 19, 1997. *Remanded* by unpublished per curiam opinion.

[No. 42272-3-I.    Division One.    March 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE A. PALMER II, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 97-1-00287-6, John M. Meyer, J., entered October 27, 1997. *Dismissed* by unpublished per curiam opinion.

[No. 42351-7-I.    Division One.    March 22, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO MARTINEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-08180-3, Ann Schindler, J., entered March 9, 1998. *Affirmed* by unpublished per curiam opinion.